UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-mj-1337-RJ

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF DATA CONCERNING CELLULAR TELEPHONE ASSIGNED CALL NUMBER 470-494-4445 | ORDER TO UNSEAL WARRANT |

Upon motion of the Government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the seizure warrant in the above-captioned matter are hereby ORDERED unsealed.

This the \_\_\_\_ day of December, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge