UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



FILED
DEC 2 2 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:25-mj-1337-RJ

IN THE MATTER OF THE
SEARCH OF DATA
CONCERNING CELLULAR
TELEPHONE ASSIGNED CALL
NUMBER 470-494-4445

ORDER TO UNSEAL WARRANT

Upon motion of the Government, by and through the United States Attorney for the

Eastern District of North Carolina, the previously-requested Application, Affidavit, and

Order authorizing the seizure warrant in the above-captioned matter are hereby ORDERED

unsealed.

This the 22 day of December, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge